# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

**KEVIN F. ROWE**
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**LINDA I. KUNOFSKY**
DEPUTY-IN-CHARGE
HARTFORD

June 2, 2006

Steven Greenspan
DBH
CityPlace 1
Hartford, CT 06103

Re: Case Name: Bowmont v Krombracher
Number: 3:02cv1969(CFD)

Dear Attorney Greenspan:

As the above matter has been disposed of in this court on 10/28/04:

Enclosed are the defendant's exhibits :

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
Devorah Johnson
Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: 6/6/06